## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK J. POLLARD, ) | |
| Petitioner, ) | |
| ) | Civil Action No. 07-259 Erie |
| v. ) | |
| MARK KRYSEVIG, et al., ) | |
| Respondents. ) | |

### MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on September 26, 2007, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 14], filed on April 21, 2010, recommended that the Petitioner's Petition be denied and that a certificate of appealability be denied. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 11th day of May, 2010;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus [Doc. No. 1] is DENIED and a certificate of appealability is DENIED.

The Report and Recommendation [Doc. No. 14] of Magistrate Judge Baxter, filed on April 21, 2010 is adopted as the opinion of the Court.

                                              s/   Sean J. McLaughlin
                                                  United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge